# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL FIGUEROA, | ) | NO. CV 09-2935-DSF(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| KELLY HARRINGTON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: 5/15/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE